UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENNIVEIVE JACOBS,<br><br>     Plaintiff,<br><br> v.<br><br>HAGHAYEGH MAHIN,<br><br>     Defendant. | CASE NO. 2:22-cv-00107-MJP<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk is directed to send a copy of this Order to Plaintiff.

DATED this 2nd day of February, 2022.

                 _____
                 BRIAN A. TSUCHIDA
                 United States Magistrate Judge